**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00202-LTB-MJW

DAWN HOLLINGSWORTH,

      Plaintiff,

v.

CAPIO PARTNERS, LLC, a Texas limited liability company,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed February 13, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                                       s/Lewis T. Babcock
                                                     Lewis T. Babcock, Judge

DATED:   February 14, 2014